IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Bozeman, Gregory

Printed: 4/22/08

Case Number: 08 B 02304
Judge: Wedoff, Eugene R

Filed: 2/1/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: March 6, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | DaimlerChrysler Servs North America | Secured | 11,780.00 | 0.00 |
| 2. | DaimlerChrysler Servs North America | Unsecured | 0.20 | 0.00 |
| 3. | Asset Acceptance | Unsecured | 0.00 | 0.00 |
| 4. | Asset Acceptance | Unsecured | 38.66 | 0.00 |
| 5. | GE Money Bank | Unsecured | 234.66 | 0.00 |
| 6. | Chicago Dept Of Administration | Unsecured |  | No Claim Filed |
| 7. | City Of Chicago Dept Of Revenue | Unsecured |  | No Claim Filed |
| 8. | City Of Chicago Dept Of Revenue | Unsecured |  | No Claim Filed |
| 9. | Illinois State Tollway | Unsecured |  | No Claim Filed |
| 10. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 11. | Internal Revenue Service | Unsecured |  | No Claim Filed |
| 12. | Cook County Clerk | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 12,053.52 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | _____ |
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Bozeman, Gregory | Case Number:  08 B 02304 |
| | Judge:  Wedoff, Eugene R |
| Printed:  4/22/08 | Filed:  2/1/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                  Marilyn O. Marshall, Trustee, by:

